| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   High Heels Dancing Co.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA High Heels Gentlemen's Club
FKA High Heels Saloon & Gentlemen's Club

**3. Debtor's federal Employer Identification Number** (EIN)   20-1364680

**4. Debtor's address**

**Principal place of business**

2678 North 48th Road
Somonauk, IL 60552
Number, Street, City, State & ZIP Code

La Salle
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  High Heels Dancing Co. _____   Case number (*if known*) _____
Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7224__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor ____High Heels Dancing Co._____   Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**
| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**
| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  High Heels Dancing Co.　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　 Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 4, 2025
　　　　　　　 MM / DD / YYYY

**X** /s/   Dimitrios Kalaitzakis　　　　　　　　　　　　　　　Dimitrios Kalaitzakis
　　Signature of authorized representative of debtor　　　　　Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joel Schechter　　　　　　　　　　　　　　　Date   January 4, 2025
　　Signature of attorney for debtor　　　　　　　　　　　　　 MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267　　　Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Debtor   High Heels Dancing Co.                                                    Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 2, 2025
              MM / DD / YYYY

X _____          Dimitrios Kalaltzakis
Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X _____          Date   January 2, 2025
Signature of attorney for debtor                    MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267       Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | High Heels Dancing Co. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alaysia Green<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Alexandra Acosta<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Alexandra Stembridge<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Alexandria Kapturski<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Alyana Rodriguez<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Alyssa Thompson<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |

| Debtor | High Heels Dancing Co. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amber Simmons<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $10,784.27 |
| Ashley Easton<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Ashley Marinopoulos<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Autumn Bouquet<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Blanca Vargas<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Brandi Gonzalez<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Breanna Brummell<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |
| Brooke Pierson<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated<br>Disputed | | | $0.00 |

| Debtor | High Heels Dancing Co. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Danielle Johnson<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated Disputed | | | $0.00 |
| Emily Frasca<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated Disputed | | | $0.00 |
| Emily Wagner<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated Disputed | | | $0.00 |
| Erini Peroulas<br>c/o The Garfinkel Group, LLC<br>701 North Milwaukee Avenue<br>Chicago, IL 60642 | | Unpaid Wages | Unliquidated Disputed | | | $0.00 |
| Wayne B. Giampietro LLC<br>c/o Antoinette Dellacroce<br>1810 Belleview Avenue<br>Westchester, IL 60154 | | legal fees | | | | $3,062.50 |

```
Alaysia Green
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Alexandra Acosta
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Alexandra Stembridge
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Alexandria Kapturski
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Alyana Rodriguez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Alyssa Thompson
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Amber Simmons
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue


American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Ashley Easton
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Ashley Marinopoulos
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Autumn Bouquet
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642
```

Blanca Vargas
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Brandi Gonzalez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Breanna Brummell
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Brooke Pierson
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Danielle Johnson
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Dimitrios Kalaitzakis
5009 Brookview Road
Rockford, IL 61107

Emily Frasca
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Emily Wagner
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Erini Peroulas
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Fatima Padilla
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Giselle Nevarez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Hannah Durkin
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Heather Tomlinson  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Imani Colon  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Jacqueline Gomez  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Janella Beans  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Jennifer Jackson  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Jissell Welbes  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Julissa Rivera  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Kaelah Fox  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Kaila Espeland  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Kalina Schmidt  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Katera Amann  
c/o The Garfinkel Group, LLC  
701 North Milwaukee Avenue  
Chicago, IL 60642

Kayla Blair
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Kaylea Torres
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Konstantin Mathioudakis
2678 North 48th Road
Somonauk, IL 60552

Laura Balinski
c/o Andrew Cobb
111 West Washington Street Suite 1710
Chicago, IL 60602

Linda Lopez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60602

Lindsey Renee Leffelman
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Madison Krusec
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Madison Otto
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Marie Burkhardt
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Marissa Ramos
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Maya Shafer
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

McKenna Dorn
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

Melisa Muldaka
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Melissa Camargo
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Mya Gray
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Nevaeh Benson
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Nicoletta Baskerville
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Patrice McDaniels
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Perla Sanchez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue


Rayanne Curry
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Rebecca Holland
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Sadie Wilson
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Samantha Richmond
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Samarra Yarbrough
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642

```
Savana Phelps
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Shyanne Ostrom
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Skylah Metel
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Talyn Bullock
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Tania Gallegos-Perez
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Valeda Bell
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Valeria Calvillo Guille
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642


Wayne B. Giampietro LLC
c/o Antoinette Dellacroce
1810 Belleview Avenue
Westchester, IL 60154


Zuleyka Malave
c/o The Garfinkel Group, LLC
701 North Milwaukee Avenue
Chicago, IL 60642
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: High Heels Dancing Co.
Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for High Heels Dancing Co. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 2, 2025
Date

Joel Schechter
Signature of Attorney or Litigant
Counsel for High Heels Dancing Co.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267  Fax:
joelschechter1953@gmail.com